COM.

v.

**RICHARDS, K.**

**962 MDA 2016**

Superior Court of Pennsylvania.

04/20/2017

CP–21–CR–0002147–2015 (Cumberland)

Affirmed

**MOSHIER, C.**

v.

**STEVENSON, G.**

**984 MDA 2016**

Superior Court of Pennsylvania.

4/20/2017

2016–SU–000093–40 (York)

Affirmed

DEVINE, S.

v.

**LAWRENCE, W.**

**1023 MDA 2016**

Superior Court of Pennsylvania.

04/20/2017

CI–12–14966 (Lancaster)

Affirmed

COM.

v.

**BLAKE, J.**

**1429 MDA 2016**

Superior Court of Pennsylvania.

04/20/2017

CP–06–CR–0003085–2011 (Berks)

Affirmed